# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| MICHAEL MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:84 CV 38 CDP |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

Plaintiff moved for an injunction requiring defendants to provide him with eleven CDs in accordance with a 1989 order entered by this Court. After plaintiff filed this action, defendants provided him with the CDs. Plaintiff agrees that the case is moot, but he requests that he be awarded the costs of this litigation. The Court agrees with plaintiff that defendant should bear the costs. See Fed. R. Civ. P. 54(d). To the extent that plaintiff asks this Court to sanction defendants, the request is denied.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that defendant shall bear the costs.

Dated this 3rd day of February, 2015.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE